UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-mj-22 |
| Plaintiff, | Hon. Maarten Vermaat<br>U.S. Magistrate Judge |
| v. | |
| RICHARD ERIC BURDEN, | |
| Defendants. | |
| _____/ | |

**ORDER**

Defendant appeared before the undersigned on October 7, 2019 for an initial appearance on a felony complaint.

The Government requested detention and pretrial services recommends the same. Defendant was advised of his rights under the Bail Reform Act (BRA), and knowingly and voluntarily waived his right to a detention hearing within the time limits set forth in the BRA.

For reasons stated on the record:

IT IS HEREBY ORDERED that Defendant be detained pending further proceedings in this matter.

Defendant reserves the right to request a hearing on the issue of detention at a later date.

IT IS SO ORDERED.

Dated: October 7, 2019          /s/ Maarten Vermaat
                                MAARTEN VERMAAT
                                U.S. MAGISTRATE JUDGE